# MEMORANDUM

TO: <u>Honorable Gerard E. Lynch</u>
U.S. District Judge

FROM: <u>Arthur Penny, Chief</u>
U. S. Pretrial Services Officer



RE: <u>Robinson, Clayton</u>
DOCKET #: 08-CR-1009

The attached memorandum was prepared by Pretrial Services Officer

| Mildred Santana | 805-4116 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓] My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # **6B** on **6/2/09** at **12:45 p.m.**
    Date    Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____
        Judicial Officer

at his/her earliest convenience.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

5/26/09